```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                             IN ADMIRALTY
                    CASE NO. 1:20-cv-20397-DLG
```

GREAT LAKES INSURANCE SE,

    Plaintiff,

vs.

WAVE CRUISER LLC,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Great Lakes Insurance SE's ("Great Lakes") Motion for Summary Judgment (ECF No. 24) and Defendant Wave Cruiser, LLC's ("Waver Cruiser") Motion for Summary Judgment (ECF No. 22) (collectively "the Motions").

For the reasons given in the Court's Order on Cross Motions for Summary Judgment (ECF No. 56), entered on November 2, 2020, the Court **GRANTS** Great Lakes's Motion and **DENIES** Wave Cruiser's Motion and enters a **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Great Lakes and against Wave Cruiser on the Third Cause of Action asserted by Great Lakes in the Complaint (ECF No. 1).

2

The Clerk is directed to **CLOSE** the case. To the extent not already disposed of, any pending motions are DENIED AS MOOT, any scheduled hearings are CANCELED, and all pending deadlines are TERMINATED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2020.

s/Donald L. Graham

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record